Brandt L. Wolkin, Esq., SBN 112220
Dawn A. Silberstein, Esq., SBN 167936
Jennifer L. Elowsky, Esq., SBN 230739
WOLKIN · CURRAN, LLP
555 Montgomery Street, Suite 1100
San Francisco, California  94111
Telephone:     (415) 982-9390
Facsimile:      (415) 982-4328

Attorneys for Plaintiff,
NAVIGATORS SPECIALTY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ST. PAUL SURPLUS LINES INSURANCE COMPANY, LIBERTY SURPLUS INSURANCE CORPORATION, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, NORTH AMERICAN CAPACITY INSURANCE COMPANY. and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:13-cv-03499 SC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER: (1) EXTENDING DEADLINE FOR MEDIATION; (2) SETTING DEADLINE FOR INITIAL DISCLOSURE BY NEW PARTY; AND (3) CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**IT IS SO ORDERED AS MODIFIED** |

    Pursuant to Local Rule 16-9, the parties met and conferred and submitted a Proposed Joint Case Management Order on November 8, 2013.  At that time, the parties contemplated the completion of mediation by April 15, 2014 and the completion of discovery and motion practice in May and June.

    Subsequent to those dates being set, Plaintiff, NAVIGATORS SPECIALTY INSURANCE COMPANY ("NSIC"), reached a settlement of the underlying actions, on behalf of its insured, McDevitt & McDevitt.  NSIC thereafter filed an amended complaint adding claims for

1.

reimbursement of the underlying settlement costs and also added TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ("Travelers") as a new party to the action. As a result, the parties stipulated to an order continuing the deadline to complete mediation from April 15, 2014 to July 31, 2014, and continuing the case management conference from June 6, 2014 to August 22, 2014. The order approving the above stipulation was filed on April 16, 2014.

In the interim, NSIC filed a Third Amended Complaint naming NORTH AMERICAN CAPACITY INSURANCE COMPANY ("NAC") as a new defendant in the action. NAC filed its answer and appeared in the action on July 25, 2014. However, NAC has not yet been able to comply with its initial disclosure obligations as set forth in Local Rule 16-9 and FRCP 26, and the parties have not been able to schedule the mediation or complete their discovery and motion practice in the absence of all of the parties.

In light of the above, the parties hereby stipulate to the following revised deadlines:

**NAC's Initial Disclosure Deadline:**

The deadline for NAC to comply with its initial disclosure obligations is extended to **August 15, 2014**, with its production of documents due **September 5, 2014**.

**Mediation Deadline:**

Private mediation will be completed by **December 24, 2014**.

**Disclosure of Expert Witnesses:**

Expert witness information will be exchanged in accordance with Federal Rules of Civil Procedure Rule 26(a)(2)(D), within 90 days of the date set for trial. Rebuttal designation, if any, will be exchanged within 30 days from the initial disclosure of expert witness information.

**Proposed Changes in Limits of Discovery:**

Any proposed changes regarding the limits of discovery will be completed by **October 13, 2014**.

**Pre-Trial Motions:**

Dispositive and non-dispositive pre-trial motions, exclusive of motions *in limine* or other trial motions, will be filed no later than **60 days before trial**.

///

**Trial:**

The parties propose that a trial date, to be convenient with the Court and all counsel and parties' calendars, be set no earlier than **April 30, 2015**.

**Further Case Management Conference:**

The Further Case Management Conference is continued to **January ~~16~~ 23, 2015** at 10:00 a.m. in Courtroom 1, 17th Floor, San Francisco. The further Case Management Conference Statement is due **January ~~9~~ 16, 2015**.

Dated:   August 12, 2014                                         WOLKIN • CURRAN, LLP

                                                                  */s/ Dawn A. Silberstein*

                                                        By: _____
                                                                  Brandt L. Wolkin
                                                                  Dawn A. Silberstein
                                                                  Jennifer L. Elowsky

                                                                  Attorneys for Plaintiff,
                                                                  **NAVIGATORS SPECIALTY
                                                                  INSURANCE COMPANY**

Dated:   August 12, 2014                                         THE AGUILERA LAW GROUP

                                                                  */s/ Thomas V. Perea*

                                                        By: _____
                                                                  Thomas V. Perea

                                                                  Attorneys for Defendants,
                                                                  **ST. PAUL SURPLUS LINES
                                                                  INSURANCE COMPANY and TRAVELERS
                                                                  PROPERTY CASUALTY COMPANY OF
                                                                  AMERICA**

| | | |
|---|---|---|
| Dated: | August 12, 2014 | MCCORMICK BARSTOW, LLP |

*/s/ Timothy Sullivan*

By: _____
Patrick Fredette
Timothy Sullivan

Attorneys for Defendant,
**LIBERTY SURPLUS INSURANCE CORPORATION**

Dated:   August 12, 2014            GRIMM, VRANJES & GREER LLP

*/s/ Matthew Morache*

By: _____
Mark Vranjes
Matthew Morache

Attorneys for Defendant,
**NORTH AMERICAN CAPACITY INSURANCE COMPANY**

4.

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES AND CONTINUING CASE MANAGEMENT CONFERENCE**      CASE NO. 3:13-CV-03499 SC

**[PROPOSED] ORDER**

The parties' stipulation is adopted and IT IS SO ORDERED AS MODIFIED.

Dated: 08/13/2013

_____

The Honorable Senior Judge Samuel Conti,

United States District Court, Northern District of California

1.

[PROPOSED] ORDER EXTENDING DEADLINES AND CONTINUING CASE MANAGEMENT CONFERENCE      CASE NO: 3:13-CV-03499 SC