1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Patrick Fredette, #207284
     *patrick.fredette@mccormickbarstow.com*
3  Timothy R. Sullivan, #128467
     *timothy.sullivan@mccormickbarstow.com*
4  7647 North Fresno Street
   Fresno, California 93720
5  Telephone:    (559) 433-1300
   Facsimile:    (559) 433-2300
6
   Attorneys for Defendant
7  Liberty Surplus Insurance Corporation

8                    UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11 | NAVIGATORS SPECIALTY INSURANCE | Case No. 3:13-CV-03499-SC
   | COMPANY,                       |
12 |                                | MODIFIED
   |                                | **STIPULATION AND [PROPOSED]**
   |         Plaintiff,             | **ORDER: (1) EXTENDING DEADLINE**
13 |                                | **FOR PRIVATE MEDIATION; AND**
   |      v.                        | **(2) CONTINUING CASE MANAGEMENT**
14 |                                | **CONFERENCE**
   | ST. PAUL SURPLUS LINES INSURANCE |
15 | COMPANY, LIBERTY SURPLUS       |
   | INSURANCE CORPORATION,         |
16 | TRAVELERS PROPERTY CASUALTY    |
   | COMPANY OF AMERICA, NORTH      |
17 | AMERICAN CAPACITY INSURANCE    |
   | COMPANY, and DOES 1 through 100, |
18 | inclusive,                     |
   |                                |
19 |         Defendants.            |

20

21         Pursuant to Local Rule 16-9, the parties met and conferred, and submitted a Proposed Joint

22  Case Management Order on November 8, 2013. After the dates therein were proposed, Plaintiff,

23  NAVIGATORS SPECIALTY INSURANCE COMPANY ("NSIC"), reached a settlement of the

24  underlying actions on behalf of its insured, McDevitt & McDevitt.  NSIC thereafter filed an amended

25  complaint adding claims for reimbursement for the underlying settlement costs and also added

26  TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA as a new party to the action.

27  NSIC later filed a Third Amended Complaint naming NORTH AMERICAN CAPACITY

28  INSURANCE COMPANY as a new defendant in the action.  Despite diligent efforts, the parties have

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

3:13-CV-03499-SC
STIPULATION AND ORDER: (1) EXTENDING DEADLINE FOR PRIVATE MEDIATION;
AND (2) CONTINUING CASE MANAGEMENT CONFERENCE

1  been unable to schedule private mediation on a date when all parties and their counsel could attend
2  and that was available on the mediator's schedule prior to the December 24, 2014 deadline.
3        The parties have all agreed on a mediator (Kenneth Gibbs).  The parties and their counsel have
4  further agreed to participate, in person, in the mediation on January 29, 2015, at Mr. Gibbs' office in
5  Los Angeles. Based on the foregoing, the parties, through their counsel, stipulate and request that the
6  court extend the deadline to complete private mediation and the date for the Further Case Management
7  Conference as follows:

**Mediation Deadline:**

The parties stipulate that the deadline to complete private mediation, currently set for December 24, 2014, be extended to January 31, 2015.

**Further Case Management Conference:**

The parties stipulate that the Further Case Management Conference currently set for January 23, 2015, be continued to February ~~13~~ 20, 2015 at 10:00 a.m. in Courtroom 1, 17th Floor, San Francisco, and that the Further Case Management Conference Statement be due February ~~6~~ 13, 2015.

Dated:  October 23, 2014         WOLKIN CURRAN, LLP

By: /s/ Brandt L. Wolkin
Brandt L. Wolkin
Dawn A. Silberstein
Jennifer L. Elowsky
Attorneys for Plaintiff,
**NAVIGATORS SPECIALTY INSURANCE COMPANY**

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2     3:13-CV-03499-SC
STIPULATION AND ORDER: (1) EXTENDING DEADLINE FOR PRIVATE MEDIATION;
AND (2) CONTINUING CASE MANAGEMENT CONFERENCE

Dated: October 23, 2014                                    THE AGUILERA LAW GROUP


By: ___/s/ Thomas V. Perea___
Thomas V. Perea
Attorneys for Defendants,
**ST. PAUL SURPLUS LINES INSURANCE COMPANY and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA**


Dated: October 23, 2014                                    McCORMICK BARSTOW, LLP


By: ___/s/ Patrick Fredette___
Patrick Fredette
Timothy Sullivan
Attorneys for Plaintiff,
**LIBERTY SURPLUS INSURANCE CORPORATION**


Dated: October 23, 2014                                    GRIMM, VRANJES & GREER LLP


By: ___/s/ Mark Vranjes___
Mark Vranjes
Matthew Morache
Attorneys for Plaintiff,
**NORTH AMERICAN CAPACITY INSURANCE COMPANY**

### [~~PROPOSED~~] ORDER

MODIFIED
The parties' stipulation is ~~adopted~~ and IT IS SO ORDERED.

Dated: ___10/27___, 2014                 _____
The Honorable Senior Judge Samuel Conti
United States District Court, Northern District of California

3123529.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

3                                                          3:13-CV-03499-SC
STIPULATION AND ORDER: (1) EXTENDING DEADLINE FOR PRIVATE MEDIATION;
AND (2) CONTINUING CASE MANAGEMENT CONFERENCE