1 | Brandt L. Wolkin, Esq., SBN 112220
Dawn A. Silberstein, Esq., SBN 167936
2 | Jennifer L. Elowsky, Esq., SBN 230739
WOLKIN · CURRAN, LLP
3 | 555 Montgomery Street, Suite 1100
San Francisco, California 94111
4 | Telephone:   (415) 982-9390
Facsimile:    (415) 982-4328

Attorneys for Plaintiff,
NAVIGATORS SPECIALTY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ST. PAUL SURPLUS LINES INSURANCE COMPANY, LIBERTY SURPLUS INSURANCE CORPORATION, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, NORTH AMERICAN CAPACITY INSURANCE COMPANY. and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. 3:13-cv-03499 SC<br><br>**STIPULATION AND [PROPOSED] ORDER: DISMISSING TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA WITH PREJUDICE IN EXCHANGE FOR WAIVER OF COSTS** |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(2) and Local Rules 7-12 and 77-2, NAVIGATORS SPECIALTY INSURANCE COMPANY ("Navigators") and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ("Travelers") stipulate to the dismissal with prejudice of Navigators' operative complaint as to Travelers only.  Travelers and Navigators further stipulate that each party shall bear its own attorney fees and costs.

　　　　IT IS SO STIPULATED:

///

1.

**STIPULATION AND [PROPOSED] ORDER DISMISSING TRAVELERS**　　CASE NO. 3:13-CV-03499 SC
**PROPERTY CASUALTY CO. OF AMERICA**

1  Dated:    April 6, 2015                                        WOLKIN • CURRAN, LLP

                                                                  */s/ Dawn A. Silberstein*

                                                          By: _____
                                                                    Brandt L. Wolkin
                                                                    Dawn A. Silberstein

                                                                  Attorneys for Plaintiff,
                                                                  **NAVIGATORS SPECIALTY
                                                                  INSURANCE COMPANY**

   Dated:    April 6, 2015                                        THE AGUILERA LAW GROUP

                                                                  */s/ Thomas V. Perea*

                                                          By: _____
                                                                    Thomas V. Perea

                                                                  Attorneys for Defendants,
                                                                  **ST. PAUL SURPLUS LINES
                                                                  INSURANCE COMPANY and TRAVELERS
                                                                  PROPERTY CASUALTY COMPANY OF
                                                                  AMERICA**

2.

**STIPULATION AND [PROPOSED] ORDER DISMISSING TRAVELERS**            CASE NO. 3:13-CV-03499 SC
**PROPERTY CASUALTY CO. OF AMERICA**

# SIGNATURE ATTESTATION

I hereby attest that I have authorization to sign on behalf of counsel whose signatures are indicated by a conformed signature (/s/) within this e-filed document.

Dated:   April 6, 2015                                              WOLKIN • CURRAN, LLP

*/s/ Dawn A. Silberstein*

By: _____
Brandt L. Wolkin
Dawn A. Silberstein
Jennifer L. Elowsky

Attorneys for Plaintiff,
**NAVIGATORS SPECIALTY INSURANCE COMPANY**

1 **[PROPOSED] ORDER**

3    PURSUANT TO STIPULATION, IT IS SO ORDERED.

6 Dated: April 15, 2015

_____

The Honorable Senior Judge Samuel Conti,

United States District Court, Northern District of California

1.

**[PROPOSED] ORDER DISMISSING TRAVELERS PROPERTY CASUALTY CO. OF AMERICA**     CASE NO: 3:13-CV-03499 SC