IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> ST. PAUL SURPLUS LINES INSURANCE COMPANY; LIBERTY SURPLUS INSURANCE CORPORATION; et al., <br><br> Defendants. | Case No. 13-cv-03499-SC <br><br> <u>ORDER REQUESTING STATUS UPDATE</u> |

On February 24, 2015, the Court granted Plaintiff Navigators Specialty Insurance Company's ("Navigators") request under Federal Rule of Civil Procedure 56(d) to postpone ruling on Defendants St. Paul Surplus Lines Insurance Company ("St. Paul") and Travelers Property Casualty Company of America's ("Travelers") motion for summary judgment. ECF No. 86 ("56(d) Order"). The Court requested a status update by March 6, 2015 as to whether the necessary additional discovery had been completed. The parties filed the requested update on March 4, explaining that the discovery was not yet complete.

Since then, the parties have stipulated to the dismissal of Defendant Travelers with prejudice.  ECF Nos. 88, 89.  The parties have also filed cross-motions for partial summary judgment regarding the duty to defend.  <u>See</u> ECF Nos. 90, 93.

The parties are hereby ordered to meet and confer and file within ten (10) days of the signature date of this Order a joint statement of no more than ten (10) pages explaining the status of Defendants' original motion for summary judgment (ECF No. 69).  The parties should explain (1) whether and how the dismissal of Defendant Travelers affects the motion; and (2) whether and how the intervening cross-motions for summary judgment affect the original summary judgment motion.  If the parties still seek a ruling on the original summary judgment motion, they should also (3) update the Court on the status of the additional discovery that Plaintiff requested; and (4) suggest a supplemental briefing schedule for the original summary judgment motion that permits the parties to fairly and adequately address the new discovery.

IT IS SO ORDERED.

Dated: May 14, 2015

UNITED STATES DISTRICT JUDGE