GRIMM VRANJES & GREER LLP
Mark Vranjes, Esq. (SBN: 106447)
E-Mail Address: mvranjes@gvgllp.com
Matthew Morache, Esq. (SBN 216253)
E-Mail Address: mmorache@gvgllp.com
550 West C St., Ste. 1100
San Diego, CA 92101
Telephone No.: 619-231-8802/ Fax No.: 619-233-6039
Attorney for Defendant, North American Capacity Insurance Company

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br>   Plaintiff,<br>vs.<br>NORTH AMERICAN CAPACITY INSURANCE COMPANY,<br>   Defendant. | Case No. 3:13-cv-03499 SC |

**JUDGMENT**

This action came before the Court fully briefed. Hon. Samuel Conti, District Judge Presiding, on NORTH AMERICAN CAPACITY INSURANCE COMPANY's ("NAC") Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered in favor of NAC,

IT IS ORDERED AND ADJUDGED that Plaintiff, NAVIGATORS SPECIALTY INSURANCE COMPANY ("NAVIGATORS"), take nothing, and that NAVIGATOR's action against NAC be dismissed on the merits.

DATED: July 1, 2015

_____
Samuel Conti
United States District Judge